UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | ) | Case No. 15-40558 |
| | ) | |
| Jonathan C. Worthington, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Chief Judge Brenda T. Rhoades |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Pursuant to Federal Rules of Bankruptcy Procedure 2002, that the undersigned enters an appearance as counsel for the Richland County Treasurer in the above captioned case. The undersigned requests that all papers, pleadings, notices, motions, and orders required to be served in accordance with Bankruptcy Rule 2000 or and Order of the Court be mailed to or otherwised served upon the Richland County Treasurer at the following address:

Michael C Bear
Assistant Prosecutor
38 S. Park St., 2nd Floor
Mansfield, OH 44902
419 774-5676
419 774 5589 (FAX)
mbear@richlandcountyoh.us


**/s/ Michael C. Bear**
**Michael C. Bear, Bar Number 0089213**
**Assistant Prosecutor**
**38 S. Park St.**
**Mansfield, OH 44902**
**419 774 5676**
**mbear@richlandcountyoh.us**

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2015, a true and correct copy of the above and foregoing document shall be served via electronic means, if available, otherwise by regular, first class mail, to:

Ben Lusky on behalf of Debtor Johnathan C. Worthington
ben@lusky.com, blusky@fnlawfirm.com;txbkcourts2@gmail.com;lruiz@fnlawfirm.com

Recovery Management Systems Corporation
claims@recoverycorp.com

John Talton.. on behalf of Trustee John Talton..,
ECFch13plano@ch13plano.com

John Talton..,
ECFch13plano@ch13plano.com

US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV


**/s/ Michael C. Bear**
**Michael C. Bear, Bar Number 0089213**
**Assistant Prosecutor**
**38 S. Park St.**
**Mansfield, OH 44902**
**419 774 5676**
**mbear@richlandcountyoh.us**