

EOD
12/02/2015

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| JOHNATHAN C. WORTHINGTON § | CASE NO. 15-40558-R |
| XXX-XX-8128 § | |
| 5740 LUNSFORD ROAD § | CHAPTER 13 |
| APT. 1250 § | |
| PLANO, TX  75024 § | |
| § | |
| DEBTOR § | |

### ORDER DISCHARGING CHAPTER 13 TRUSTEE
### AND CLOSING CHAPTER 13 CASE

Upon the filing of the Chapter 13 Trustee's certification that the above-referenced Chapter 13 case has been fully administered and upon the request to be discharged of the duties as trustee for this particular estate, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that John J. Talton, Acting Chapter 13 Trustee is hereby **DISCHARGED** of all duties as the duly-appointed Trustee of the Chapter 13 bankruptcy estate created in the above-referenced case.

**IT IS FURTHER ORDERED** that the above-referenced Chapter 13 case is hereby **CLOSED**.

Signed on 12/2/2015

*Brenda T. Rhoades*   MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE